

# United States District Court
# Eastern District of California

Shandrelle Okoni,

Plaintiff(s)

V.

Powerschool Group, LLC, et al.,

Defendant(s)

Case Number: 2:25-cv-00231-DJC-AC

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Ronald Podolny hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiffs

On 01/21/2010 (date), I was admitted to practice and presently in good standing in the New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [x] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 01 21 2025

Signature of Applicant: /s/ Ronald Podolny

**Pro Hac Vice Attorney**

Applicant's Name: Ronald Podolny

Law Firm Name: Morgan and Morgan Complex Litigation Group

Address: 201 N. Franklin Street, 7th Floor

City: Tampa   State: FL   Zip: 33602

Phone Number w/Area Code: (813) 223-5505

City and State of Residence: Tampa, Florida

Primary E-mail Address: Ronald.Podolny@forthepeople.com

Secondary E-mail Address: jcabezas@forthepeople.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Michael F. Ram

Law Firm Name: Morgan and Morgan Complex Litigation Group

Address: 711 Van Ness Avenue, Suite 500

City: San Francisco   State: CA   Zip: 94102

Phone Number w/Area Code: (415) 358-6913   Bar #: 104805

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: January 22, 2025

*/s/ Daniel J. Calabretta*
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE